IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FERNANDO LUIS COLON RIVERA

CASE 10-10281-MCF

CHAPTER 13

DEBTOR(S)

# NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
# MEETING OF CREDITORS

The meeting of creditors under 11 U.S.C. § 341, in the above captioned case has been scheduled for **December 06, 2010 at 1:00 pm.** It will be held at Ochoa Building, First Floor, Comercio Street Entrance, Tanca Street Corner, Old San Juan, Puerto Rico 00901.

In San Juan, Puerto Rico, this November 18, 2010.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

/s/ **ALEJANDRO OLIVERAS RIVERA**
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062

10-10281-MCF  CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ALLY FINANCIAL<br>PO BOX 2150<br>GREELEY, CO 80632 | BANCO BILBAO VIZCAYA<br>C/O FRANCISCO J PORTUONDO DIAZ<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850 | BBVA<br>P O BOX 364745<br>San Juan, PR 00936-4745 |
| CENTENNIAL<br>PO BOX 71514<br>SAN JUAN, PR 00936 | Claro<br>Po Box 360998<br>San Juan, PR 00936 |
| DEPT HACIENDA DE PR<br>P O BOX 9024140<br>SAN JUAN, PR 00902-4140 | DORAL BANK<br>P O BOX 71529<br>SAN JUAN, PR 00936-8629 |
| GEMB/WALMART<br>PO BOX 981400<br>EL PASO, TX 79998 | HOME DEPOT<br>Po Box 6497<br>Sioux Falls, SD 57117 |
| JCPENNY<br>P O BOX 960090<br>ORLANDO, FL 32896 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 |
| SEARS<br>P O BOX 6241<br>SIOUX FALLS, SD 57117 | |
| FERNANDO LUIS COLON RIVERA<br>3292 CALLE URSULA CARDONA<br>URB LAS DELICIAS<br>PONCE, PR 00730 | |

DATED: November 18, 2010

/S/DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE